# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. |
| | ) | |
| v. | ) | UNDER SEAL |
| | ) | |
| ROSS LOPATA | ) | |

## MOTION TO SEAL COMPLAINT AFFIDAVIT

The United States moves to seal the affidavit in support of the Complaint in this case because it would compromise related ongoing investigations.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

By:    /s/ *Alex J. Grant*
Alex J. Grant
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed under seal will be emailed to counsel for the defendants in this case.

   /s/ *Alex J. Grant*
ALEX J. GRANT
Assistant United States Attorney