UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROSS LOPATA,<br><br>Defendant | Criminal No. 20-cr-300__-MGM<br><br>Violations:<br><br>Counts One through Four:<br>Receipt of Child Pornography<br>(18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1))<br><br>Count Five: Possession of Child Pornography<br>(18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 2253) |

## INDICTMENT

### COUNTS ONE THROUGH FOUR
Receipt of Child Pornography
(18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1))

The Grand Jury charges:

On or about each of the dates set forth below, in the District of Massachusetts, and elsewhere, the defendant,

ROSS LOPATA,

knowingly received and attempted to receive, any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, as follows.

| Count | Date (on or about) | File involved in Receipt of Child Pornography |
|---|---|---|
| 1 | 12/17/2018 | IMG_1535_c1p.jpg |
| 2 | 12/17/2018 | DSC05266.JPG |
| 3 | 4/22/2019 | [Minor A] 7yr 146.jpg |
| 4 | 8/16/2019 | DONT watch.mkv |

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

<u>COUNT FIVE</u>
Possession of Child Pornography
(18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2))

The Grand Jury further charges:

On or about June 11, 2020, in the District of Massachusetts, the defendant,

ROSS LOPATA,

knowingly possessed material that contained one and more images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained 12 years of age, and that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION
(18 U.S.C. § 2253)

The Grand Jury further finds:

1. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1) and 2252A(a)(5)(B) and (b)(2), set forth in Counts One through Five of this Indictment, the defendant,

ROSS LOPATA,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253, (i) any visual depiction described in sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

   a. Black TCL Cell Phone A50DL;

   b. Dell Inspiron Laptop Model PP20L bearing serial number 13716B1;

   c. Seagate Hard Drive 40 GB bearing serial number 5JXH02YZ;

   d. Hitachi Hard Drive 82.3 GB bearing serial number S4S1HWYM;

   e. Western Digital Hard Drive 250 GB bearing serial number WMANK5469677;

   f. Seagate Hard Drive 500 GB bearing serial number W2A1DK6G;

   g. Samsung Hard Drive 80GB bearing serial number S0EJ1LL371717;

4

h. Samsung HD; SFD-321B bearing serial number P5APB047446;

i. LG Cell Phone (White); Model LS676 bearing serial number 612CYXM0826378;

j. LG Cell Phone (White); Model LS676 bearing serial number 709CYGW2636383;

k. LG Cell Phone (Black) Model LS740 bearing serial number 502CYXM1218258;

l. LG Cell Phone (Black) Model LGM5323 bearing serial number 404CYFT259899;

m. LG Cell Phone (Black) bearing serial number 605VTGT1358631;

n. Samsung Cell SM-J327T1 bearing serial number IMEI 354256095628798;

o. ZTE Cell Phone N817 bearing serial number 320E76009CBA;

p. ANS Cell Phone (Silver) Model UL40 bearing serial number IMEI 256691868900284821;

q. LG Flip Cell Phone LGM5450 bearing serial number 410CYWC232081;

r. Alcatel Cell Phone (Flip) One Touch 768T bearing serial number IMEI 013752004754009;

s. Blue ONN Tablet w/Charger bearing serial number FCCID 2AE2WT0815M;

t. Black Lenovo Tablet;

u. RCA Voyager Tablet Model RCT6973W43 bearing serial number FCCID A2HRCT5873WR;

v. Blue ONN Tablet bearing serial number B002909105408;

w. Nabi Dreamtab (White/Pink);

  x. Nabi Tablet; Model SNB02NV7S;

  y. Fujifilm Digital Camera Model Finepix A600 bearing serial number 6UA20482;

  z. Gray Thumbdrive;

  aa. Red Verbatim Thumbdrive;

  bb. White & green Thumbdrive; and

  cc. Sandisk 1GB Memory Card.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 2253, as a result of any act or omission of the defendant --

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States of America, pursuant to Title 18, United States Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL

_____
FOREPERSON


_____
ALEX J. GRANT
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS


District of Massachusetts: JUNE ___, 2020
Returned into the District Court by the Grand Jurors and filed.

                                                               Dawn M. King 6.16.20 4:03pm
                                                               DEPUTY CLERK