JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**    **Category No.** II    **Investigating Agency** HSI

**City** Springfield    **Related Case Information:**

**County** Hampden

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number 20-mj-3074-KAR
Search Warrant Case Number 20-mj-3073-KAR
R 20/R 40 from District of _____

### Defendant Information:

Defendant Name: Ross Lopata    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Granby, MA

Birth date (Yr only): 1987    SSN (last4#): 4325    Sex M    Race: White    Nationality: USA

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

### U.S. Attorney Information:

AUSA Alex J. Grant    Bar Number if applicable 629754

Interpreter: ☐ Yes ☑ No    List language and/or dialect: _____

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** _____

☑ Already in Federal Custody as of   06/11/2020   in   Hampden County

☐ Already in State Custody at ———    ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty —— ☐ Misdemeanor —— ☑ Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/16/20    Signature of AUSA: /s/ Alex Grant

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Ross Lopata

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 2252A(a)(2) | Receipt of Child Pornography | 1-4 |
| Set 2 | 18 USC 2252A(a)(5)(B) | Possession of Child Pornography | 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____