```
                 IN THE UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )      Criminal No. 20-mj-3074-KAR
        v.                  )                   20-cr-30017-MGM
                            )
ROSS LOPATA,                )
                            )
        Defendant.          )
_____)
```

## MOTION FOR CONTINUED DETENTION

The United States moves for the continued pretrial detention of defendant, pursuant to 18 U.S.C. § 3142(e) and (f).  On June 11, 2020, the Court entered an order of detention with an expiration of June 19, 2020, with the expectation that the defendant would bring forward a request to reconsider detention at or before that date.  No such request has been made to date.

During the colloquy with counsel, government counsel asked the Court what would happen in the event that the defense did not bring the issue forward within that time, and it is government counsel's recollection that the Court said that the order of detention would continue.  To the extent there is any ambiguity in the present situation, the government moves for an order of continued detention without prejudice with counsel for the defendant able to challenge his client's pretrial detention as he sees fit.

```
                                ANDREW E. LELLING
                                UNITED STATES ATTORNEY



                           By:  /s/ Alex J. Grant
                                Alex J. Grant
                                Assistant U.S. Attorney

Dated:  June 19, 2020
```

CERTIFICATE OF SERVICE

```
Hampden, ss.                    Springfield, Massachusetts
                                June 19, 2020
```

     This is to certify that the foregoing document, filed by ECF, will be served upon counsel of record.

```
                                /s/ Alex J. Grant
                                ALEX J. GRANT
                                Assistant United States Attorney
```