```
                IN THE UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA** )
)  Criminal No. 20-mj-3074-KAR
      v.          )           20-cr-30017-MGM
)
**ROSS LOPATA,** )
)
      Defendant. )
_____)

**STATEMENT OF COUNSEL**

Counsel for the government states that he disposed of the pretrial report on June 11, 2020.

```
                              ANDREW E. LELLING
                              UNITED STATES ATTORNEY



                         By:  /s/ Alex J. Grant
                              Alex J. Grant
                              Assistant U.S. Attorney
```

Dated:  June 19, 2020


CERTIFICATE OF SERVICE

Hampden, ss.                       Springfield, Massachusetts
                                   June 19, 2020


This is to certify that the foregoing document, filed by ECF, will be served upon counsel of record.

```
                              /s/ Alex J. Grant
                              ALEX J. GRANT
                              Assistant United States Attorney
```