**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )  | |
| ) | Criminal No. 20-cr-30017-MGM |
| v. ) | |
| ) | |
| **ROSS LOPATA,** ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ASSENTED-TO MOTION FOR PROTECTIVE ORDER**

The United States moves, with the assent of William J. O'Neil, counsel for the defendant, Ross Lopata, for the entry of the attached protective order. This case involves very sensitive material involving the identity and victimization of children, and it involves very little material that does not involve minor children. The protection of these minor victims constitutes good cause for the entry of this protective order.

ANDREW E. LELLING
UNITED STATES ATTORNEY

By: /s/ Alex J. Grant
Alex J. Grant
Assistant U.S. Attorney

Dated: July 10, 2020

CERTIFICATE OF SERVICE

Hampden, ss.                                Springfield, Massachusetts
                                            July 10, 2020

    This is to certify that the foregoing document, filed by ECF, will be served upon counsel of record.

                                          /s/ Alex J. Grant
                                          ALEX J. GRANT
                                          Assistant United States Attorney